PETER R. JOHL ET AL. *v.* TOWN OF GROTON

The motion by John H. Johl and Janet P. Johl Weissman to correct all papers filed by the plaintiff Peter R. Johl by deleting therefrom the word "plaintiffs" and substituting the word "plaintiff" in the appeal from the Superior Court in New London County is granted.

*Walter A. Flynn, Jr.,* in support of the motion.

*Peter R. Johl,* pro se, in opposition.

Submitted January 17—decided February 1, 1977

ANN JACOBSEN *v.* PHILIP JACOBSEN

The plaintiff's motion for a review of the order dated November 24, 1976, terminating a stay of execution in the appeal from the Superior Court in Fairfield County at Stamford is denied in the absence of a finding.

Submitted December 30, 1976—decided February 1, 1977

The plaintiff's "Motion to Terminate an Extension of Time Granted in Conjunction with Defendant's Filing of a Counter-Finding" in the appeal from the Superior Court in Fairfield County at Stamford is denied.

The plaintiff's "Motion to Strike Defendant's Counter-Finding" in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Peter K. Culhane,* in support of the motions.